# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| MARCELLUS ALONZO SIMS, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:23-CV-19 (WLS-TQL) |
| JACOB BEASLEY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Continue Trial (Doc. 26). Therein, Defendant asks the Court to continue the trial in the above-captioned case "beyond the May Term of Court." (Doc. 26 at 1). Defendants do not oppose the Motion. (*Id.*) For good cause shown, Plaintiff's Unopposed Motion to Continue Trial is **GRANTED**. The trial in the above-captioned case is hereby **CONTINUED** until the August 2024 Valdosta Division trial term, or as otherwise ordered by the Court.

**SO ORDERED**, this 2nd day of May 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**