**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| MARCELLUS ALONZO SIMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CV-19 (WLS-TQL) |
| | : | |
| LT KERN & LARRY CARGLE, | : | |
| | : | |
| Defendants. | : | |
| | : | |

# **ORDER**

The Court held a pretrial conference in the above-captioned matter on October 8, 2024. This Order is to memorialize the instructions given at that conference. The Parties are **ORDERED** to submit a joint proposed pretrial order by **Friday, October 18, 2024**

The trial of this matter will begin on **Thursday, November 14, 2024, at 8:30 a.m. in Valdosta, Georgia**, or earlier as may be ordered by the Court. However, If an earlier scheduled case settles, is resolved by plea, or is otherwise displaced, the next scheduled case will replace it on the calendar and, therefore, may be called for trial earlier than indicated above. Counsel shall be ready to proceed accordingly.

The Court has set aside three days for the trial. The Court notifies the Parties that in keeping with the Court's usual practices, beginning on November 5, 2024, or such other date following jury selection, the trial will be held from 8:00 a.m. to 2:00 p.m. each day until the jury has heard all evidence and begins deliberations.

**SO ORDERED**, this 15th day of October 2024.

                                                        **/s/ W. Louis Sands**
                                                        **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**