# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| MARCELLUS ALONZO SIMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CV-19 (WLS-TQL) |
| | : | |
| ASHLEY DOMINIAK and | : | |
| LARRY CARGLE, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

The trial in the above-captioned case is set to begin on November 12, 2024. The pleadings suggest that Plaintiff is in the custody of the Georgia Department of Corrections. If so, the Court must issue an order to the Georgia Department of Corrections so that Plaintiff can be produced for the trial. To this end, the Parties are **ORDERED** to confer and file a joint-or-separate notice on the docket indicating whether Plaintiff remains in custody, and, if so, to whom an order to produce Plaintiff should be directed. Such notice shall be filed no later than **Friday, November 1, 2024.**

**SO ORDERED**, this 31st day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1