IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MARCELLUS ALONZO SIMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CV-19 (WLS-TQL) |
| | : | |
| ASHLEY DOMINIAK and | : | |
| LARRY CARGLE, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

TO:   Georgia Department of Corrections Court Productions

Christina Lunebach
Court Services Manager Offender Administration
Georgia Department of Corrections
200 Sharon Rogers Drive
Jackson, Ga 30233
Email Address: court.productions@gdc.ga.gov; cc: christina.lunebach@gdc.ga.gov

**YOU ARE HEREBY REQUESTED AND DIRECTED** to produce state inmate **MARCELLUS ALONZO SIMS**, currently incarcerated Hays State Prison, **in-person** for a trial in the above-captioned proceeding beginning at 8:30 A.M. on November 12, 2024, before the undersigned in the Courtroom of the United States Courthouse, 401 N. Patterson St., 2nd Floor, Valdosta, Georgia.

The Clerk of Court is **DIRECTED** to serve, by United States Mail and by the email addresses noted above, a copy of this Order on Christina Lunebach of the Georgia Department of Corrections. The Clerk of the Court is also **DIRECTED** to serve a certified copy of this Order on the United States Marshals for the Middle District of Georgia. Counsel for Defendant and Plaintiff are **ORDERED** to provide any assistance to the Clerk, the

Georgia Department of Corrections, and/or the United States Marshals Service to ensure timely compliance with this Order.

**SO ORDERED**, this 31st day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2