IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARCELLUS ALONZO SIMS, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-19 (WLS-TQL) |
| | * |
| LT KERN, et al., | |
| | * |
| Defendants. | |
| | * |

**J U D G M E N T**

Pursuant to the jury verdict dated November 13, 2024and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing.  Defendant's Shall also recover the costs of this action.

This 15th day of November, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk